BELCHER *v.* WISCONSIN.

No. 24, Misc.   Decided May 22, 1967.

Petitioner *pro se.*

*Bronson C. La Follette,* Attorney General of Wisconsin, and *William A. Platz* and *Warren H. Resh,* Assistant Attorneys General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Supreme Court of Wisconsin for further consideration in light of *Anders* v. *California,* 386 U. S. 738.

MR. JUSTICE BLACK, MR. JUSTICE HARLAN, and MR. JUSTICE STEWART are of the opinion that certiorari should be denied.